JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAQUAWN D. SCHASA, <br><br> Plaintiff(s), <br><br> vs. <br><br> AMTRUST BANK, et al., <br><br> Defendant(s). | CASE NO. CV 11-01108 RGK (PLAx) <br><br> **ORDER DISMISSING CIVIL ACTION** |

On August 2, 2011, the Court issued an order granting defendants' motin to dismiss and granted plaintiff ten days leave to amend. On August 18, 2011 plaintiff filed a First Amended Complaint, which was stricken for failing to comply with General Order 10-07. To date, no further filing has been made by plaintiff. Accordingly, the Court orders this action dismissed.

**IT IS SO ORDERED.**

DATED: September 9, 2011

_____
**R. GARY KLAUSNER**
**UNITED STATES DISTRICT JUDGE**