JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAQUAWN D. SCHASA,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>AMTRUST BANK, et al.,<br><br>　　　　Defendant(s).<br>_____ | CASE NO. CV 11-01108 RGK (PLAx)<br><br><br>**ORDER DISMISSING CIVIL ACTION** |

　　On August 2, 2011, the Court issued an order granting defendants' motin to dismiss and granted plaintiff ten days leave to amend. On August 18, 2011 plaintiff filed a First Amended Complaint, which was stricken for failing to comply with General Order 10-07. To date, no further filing has been made by plaintiff. Accordingly, the Court orders this action dismissed.

　　**IT IS SO ORDERED.**

DATED: September 9, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**R. GARY KLAUSNER**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**